In the Matter of the Application of SHEPARD J. GOLDIN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of J. H. W. KROGMAN, an Attorney.— Order signed. Present — Young, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of PARIS MONTROSE, an Attorney.— Motion denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of CHARLES H. SCHWARTZMAN, an Attorney and Counselor at Law.— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY H. SEGELBAUM, an Attorney and Counselor at Law.— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of ROBERT K. STORY, JR., an Attorney.— Order signed. Present — Young, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

MANUFACTURERS TRUST COMPANY, Plaintiff, v. SADENET REALTY, INC., DAVID WEISS and Others, ROCKNEY REALTY Co., INC., and Others, Defendants. In the Matter of the Application of ISIDOR NEUWIRTH, Respondent, as Receiver of the Rents, Profits, etc., of 701 Avenue C, Brooklyn, for an Order Directing DAVID WEISS to Account and Turn over to Said Receiver All Moneys Collected by Said Weiss for Rentals Beginning January 15, 1931. DAVID WEISS, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant file an undertaking, with corporate surety in the sum of $1,000, conditioned for the payment of the fine in the event that the order be affirmed. Present — Young, Hagarty, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

CATHERINE ROFRANO, Respondent, v. LOUIS ROFRANO, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant file an undertaking, with corporate surety, conditioned for the payment of alimony accrued and to accrue until the determination of the appeal, and for the payment of counsel fee; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

GRACE L. SMITH, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

STATE LINE GOLF & COUNTRY CLUB, INC., Appellant, v. HAROLD J. KLINE and MARY FRASER KLINE, Respondents.— Motion for stay granted upon condition that the appeal be perfected and brought on for argument on Monday, September 28, 1931, and upon the further condition that the action be brought on for trial by the plaintiff at the Putnam county September term, at which, if it shall appear that a survey is necessary and that the water impounded prevents the making of such survey, the trial justice may make such order with respect thereto as justice may require. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MARY A. STEMMLER and Others, Respondents, v. F. H. RHODES & SON, INC.,